**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| F.M-S., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-1431-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 23, 2026 (ECF No. 1).[1] Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 24th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] The Court received Petitioner's prior Petition on August 31, 2026. Pet., ECF No. 1, Case No. 4:26-cv-1142-CDL-AGH (*F.M-S.* I). The Court ordered Respondents to provide Petitioner with a bond hearing that same day. Order, Aug. 31, 2026, ECF No. 3, *F.M-S.* I. Assuming that the bond hearing was held, the Court then dismissed the Petition on September 2, 2026. Order, ECF No. 4, *F.M-S.* I. Petitioner's new petition is distinguishable in that he does not appear to request a bond hearing.